UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/18
```

CARLOS JORGE,

                Plaintiff,

-v-

FABERGE INC.,

                Defendant.

No. 17-cv-9466 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants informing the Court that the parties have reached a settlement. (Doc. No. 13.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

    IT IS FURTHER ORDERED THAT the pre-motion conference, currently set for March 6, 2018, is adjourned. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    March 5, 2018
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE